UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS SHEPHERD,              ) | Case No. CV 06-02923 JVS (AJW) |
|       Plaintiff,           ) | |
|   v.                              ) | J U D G M E N T |
| LEROY BACA, et al.,          ) | |
|       Defendants.       ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice as to defendant Leroy Baca, and dismissed without prejudice as to defendants Woodard, Sgt. Bell, Lannie, and Nixson.

DATED: April 8, 2009

_____
JAMES V. SELNA
United States District Judge